### AMERICAN FREEDOM DEFENSE INITIATIVE, et al., Appellants

v.

### Jeff SESSIONS, in His Official Capacity as Attorney General of the United States, Appellee

No. 16–5341
September Term, 2017

United States Court of Appeals,
District of Columbia Circuit.

Filed on: SEPTEMBER 15, 2017

Robert Joseph Muise, Esquire, American Freedom Law Center, Ann Arbor, MI, David Eliezer Yerushalmi, Esquire, American Freedom Law Center, Washington, DC, for Appellants.

Scott R. McIntosh, Karen Schoen, U.S. Department of Justice, Washington, DC, for Appellee.

Before: Garland, Chief Judge, Tatel, Circuit Judge, and Ginsburg, Senior Circuit Judge

### JUDGMENT

Per Curiam

This appeal was considered on the record from the United States District Court for the District of Columbia and on the briefs filed by the parties. See Fed. R. App. P. 34(a)(2); D.C. Cir. Rule 34(j). It is

**ORDERED AND ADJUDGED** that the order of the district court filed November

9, 2016 be affirmed for the reasons stated in the memorandum opinion filed the same day.

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.